## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In The Matter of the Complaint of | § | CIVIL ACTION |
| C-Log Marine, L.L.C. as Owner and | § | NO.: 13-6475 |
| Operator of the M/V MOMMA LIZ | § | |
| and as Owner *Pro Hac Vice* and | § | SECTION: "H" |
| Operator of the M/V MISS MONA for | § | |
| Exoneration From or Limitation of | § | JUDGE:   MILAZZO |
| Liability | § | |
| | § | MAGISTRATE: NORTH |

## **ORDER**

**IT IS HEREBY ORDERED** that Kevin R. Derham and David J. Bourgeois, and the law firm of Duplass, Zwain, Bourgeois, Pfister & Weinstock be and they are hereby substituted as local counsel of record for E&R Environmental Services, LLC.

Thus done and signed this __5th__ day of ____January____, 2015, New Orleans, Louisiana.

_____
J U D G E